IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr201-MHT |
| JOSHUA RAY PARTON | ) | (WO) |

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge, to which no objections have been filed, and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The recommendation of the United States Magistrate Judge (Doc. No. 18) is adopted.

(2) Defendant Joshua Ray Parton's motion to dismiss for lack of jurisdiction (Doc. No. 14) is denied.

\*\*\*

The court notes that, in light of United States v. Smith, 459 F.3d 1276 (11th Cir. 2006)'s dependance on Gonzales v. Raich, 545 U.S. 1 (2005), defendant Joshua

Ray Parton does raise a serious question as to the continuing vitality of Smith following the Supreme Court's opinion in National Federation of Independent Business v. Sebelius, 132 S.Ct. 2566 (2012).

DONE, this the 27th day of December, 2012.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE