**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:12cr201-MHT
                            )           (WO)
JOSHUA RAY PARTON           )
```

**ORDER**

It is ORDERED that the order (doc. no. 65), granting the motion to amend, is vacated.

DONE, this the 6th day of April, 2015.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**