IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
        v.                    )        2:12cr201-MHT
                              )           (WO)
JOSHUA RAY PARTON             )
```

ORDER

It is ORDERED as follows:

(1) The government's motion to correct a clerical error (doc. no. 64) is granted.

(2) A new judgment and a new final forfeiture order, to replace the old ones (doc. nos. 43 and 50) with the corrected serial number for the Compaq Presario desktop computer, MXK420074Q, will be entered.

DONE, this the 6th day of April, 2015.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE