IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12cr201-MHT |
| | ) | (WO) |
| JOSHUA RAY PARTON | ) | |

AMENDED FINAL ORDER OF FORFEITURE

WHEREAS, on January 8, 2013, this Court entered a Preliminary Order of Forfeiture (doc. no. 28), forfeiting defendant Joshua Ray Parton's interest in the following property to the United States: one Motorola cellular telephone, model XT912, IMEI: 990001191235290; one Western Digital 1TB hard drive, bearing serial number WCAU44671768; one Hewlett Packard laptop computer, bearing serial number CNU7130998; and, one Compaq Presario desktop computer, bearing serial number MXK420074Q.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is of de minimus value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Joshua Ray Parton has an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 2253. The United States has established the requisite nexus between such property in the commission of the violations of Title 18, United States Code, Section 2251(a) or Title 18, United States Code, Section 2252A(a)(5)(B).

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the government's motion for a final order of forfeiture (doc. no. 45), to which counsel for defendant Joshua Ray Parton has orally informed the court that he does not object, is granted as

follows:

1. The following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

(a) one Motorola cellular telephone, model XT912, IMEI: 990001191235290;

(b) one Western Digital 1TB hard drive, bearing serial number WCAU44671768;

(c) one Hewlett Packard lap top computer, bearing serial number CNU7130998; and,

(d) one Compaq Presario desk top computer, bearing serial number MXK420074Q.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

DONE, this the 6th day of April, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE